United States District Court
for the
Southern District of Florida

| | |
|---|---|
| William Myers, Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| Choice Legal Group, P.A., | ) Civil Action No. 14-60364-Civ-Scola |
| Nationstar Mortgage, LLC, and | ) |
| Federal National Mortgage | ) |
| Association, Defendants | ) |

### Order Of Dismissal

The Plaintiff has voluntarily dismissed this case under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Notice of Dismissal, ECF No. 41). The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

**Done and ordered** in chambers, at Miami, Florida on August 21, 2014.

_____
Robert N. Scola, Jr.
United States District Judge